# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW LEE HARBER, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:15-cv-0528 |
| ) | Judge Trauger |
| DARRIN HALL, Sheriff of Davidson ) | |
| County, et al., ) | |
| Defendants. ) | |

## **O R D E R**

On July 6, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein it is hereby **ORDERED** that this petition for habeas corpus is **DENIED WITHOUT PREJUDICE** for failure to exhaust state court remedies. This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of August, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge